**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-01540-LTB

DARWIN HAYTER,

    Applicant,

v.

DEBORAH DENHAM – Warden FCI Englewood,

    Respondent.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    Applicant's "Ex Parte Motion for Clarification" (ECF No. 25) asking the Court for either an extension of time or to dismiss this action without prejudice is DENIED because the instant action was dismissed without prejudice by order filed on August 12, 2014.

Dated:  September 12, 2014